### BLAIR v. STATE.
No. 25977.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

### MOORE v. STATE.
No. 25952.

Court of Criminal Appeals of Texas.
Oct. 22, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for possessing policy books and paraphernalia designed and adaptable for use in connection with a policy game, as denounced by Sec. 2 of Chap. 434, Acts of the Regular Session of the 52nd Legislature, in 1951, and appearing as Sec. 2 of Art. 642c, Vernon's Penal Code. The punishment was assessed at thirty days' confinement in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.